# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DEDICATED LOGISTICS SOLUTIONS INC | § | Case No. 09-70355 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 04/07/2010 in Courtroom 115,
United States Courthouse
211 S. Court Str.
Rockford, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____

By: /s/ Daniel M. Donahue _____
Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: § §
§
DEDICATED LOGISTICS SOLUTIONS §     Case No. 09-70355
INC
§
           Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 32,146.37 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of [1] | $ | 32,146.37 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: DANIEL M. DONAHUE | $ 3,964.64 | $ 0.00 |
| Attorney for trustee: MCGREEVY | | |
| WILLIAMS | $ 3,667.00 | $ 84.82 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $_____ | $_____ |
| Attorney for: | | $_____ | $_____ |
| Accountant for: | | $_____ | $_____ |
| Appraiser for: | | $_____ | $_____ |
| Other: | | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 42,120.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 58.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Net Trans | $ 2,830.00 | $ 1,641.42 |
| 000002 | West Wind Express, Inc. | $ 39,290.00 | $ 22,788.49 |
| _____ | _____ | $_____ | $_____ |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Daniel M. Donahue _____
Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cbachman          Page 1 of 1          Date Rcvd: Mar 12, 2010
Case: 09-70355               Form ID: pdf006          Total Noticed: 18

The following entities were noticed by first class mail on Mar 14, 2010.
db            +Dedicated Logistics Solutions, Inc.,   907 Wedgewood Drive,   Crystal Lake, IL 60014-6970
aty            Daniel M Donahue,   P. O. Box 2903,   Rockford, IL 61132-2903
aty            Richard T Jones,   138 Cass Street,   Woodstock, IL 60098-3254
tr             Daniel Donahue,   P O Box 2903,   Rockford, IL 61132-2903
13500831      +Catskill Express, LLC,   1249 Hammondville Road,   Pompano Beach, FL 33069-2927
13500832      +Eldar, Inc.,   Post Office Box 139,   Strawn, IL 61741-0139
13500833      +Gilbertson Trucking,   52 Rivers Oak Court,   Winona, MN 55987-6037
13500834      +Highway Solutions, Inc.,   Post Office Box 746,   Elk Grove Village, IL 60009-0746
13500835      +Net Trans,   c/o Franks, Gerkin & McKenna,   Post Office Box 5,   Marengo, IL 60152-0005
13500836      +Net Trans, Inc.,   8140 S. Normandy Ave.,   Burbank, IL 60459-1761
13500837      +Nick Transport,   301 Abbey Lane,   Vernon Hills, IL 60061-1607
13500838      +Pat Fruth, Inc.,   23425 Aberdeen Avenue,   Belle Plaine, MN 56011-9264
13500839      +Reliable Transporation Spec.,   139 Venturi Dr.,   Chesterton, IN 46304-3399
13500840       Transcend Freight,   c/o Comdata,   Post Office Box 415000,   Nashville, TN 37241-5000
13500841      +Transcend Freight, Inc.,   Post Office Box 129,   Gurnee, IL 60031-0129
13500842      +VMG, Inc.,   114 Kristine Drive,   Oswego, IL 60543-9100
13500843      +West Wind Express,   c/o Miler Canfield, et al,   225 W. Washington, #2600,
               Chicago, IL 60606-3439
13500844      +West Wind Express, Inc.,   5125 W. Lake Street,   Chicago, IL 60644-2504

The following entities were noticed by electronic transmission.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           Daniel Donahue,   P O Box 2903,   Rockford, IL 61132-2903
                                                                                  TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 14, 2010**                    **Signature:**   *Joseph Speetjens*