UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                   §
                                         §
DEDICATED LOGISTICS SOLUTIONS   §        Case No. 09-70355
INC
                                         §
        Debtor(s)                        §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/DANIEL M. DONAHUE_____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Catskill Express, LLC 1249 Hammondville Road Pompano Beach, FL 33069 | | | | | |
| Eldar, Inc. Post Office Box 139 Strawn, IL 61741 | | | | | |
| Gilbertson Trucking 52 Rivers Oak Court Winona, MN 55987 | | | | | |
| Highway Solutions, Inc. Post Office Box 746 Elk Grove Village, IL 60007 | | | | | |
| Net Trans c/o Franks, Gerkin & McKenna Post Office Box 5 Marengo, IL 60152 | | | | | |
| Nick Transport 301 Abbey Lane Vernon Hills, IL 60061 | | | | | |
| Pat Fruth, Inc. 23425 Aberdeen Avenue Belle Plaine, MN 56011 | | | | | |
| Reliable Transporation Spec. 139 Venturi Dr. Chesterton, IN 46304 | | | | | |
| Transcend Freight c/o Comdata Post Office Box 415000 Nashville, TN 37241-5000 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Transcend Freight, Inc. Post Office Box 129 Gurnee, IL 60031 | | | | | |
| VMG, Inc. 114 Kristine Drive Oswego, IL 60543 | | | | | |
| West Wind Express, Inc. 5125 W. Lake Street Chicago, IL 60644 | | | | | |
| NET TRANS | | | | | |
| WEST WIND EXPRESS, INC. | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-70355 | MLB | Judge: MANUEL BARBOSA | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|---|---|
| Case Name: | DEDICATED LOGISTICS SOLUTIONS INC | | | | Date Filed (f) or Converted (c): | 02/06/09 (f) |
| | | | | | 341(a) Meeting Date: | 03/12/09 |
| For Period Ending: | 06/01/10 | | | | Claims Bar Date: | 01/08/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account-Home State Bank | 0.00 | 0.00 | DA | 0.00 | FA |
| 2. Crestone Bakery 5920 Pasteur Ct. Carlsbad, CA 8920 | 32,775.64 | 32,775.64 | | 32,142.70 | FA |
| 3. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 4.67 | FA |
| TOTALS (Excluding Unknown Values) | $32,775.64 | $32,775.64 | | $32,147.37 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing remains to be done.

Initial Projected Date of Final Report (TFR): 05/01/10    Current Projected Date of Final Report (TFR): 05/01/10

LFORM1

UST Form 101-7-TDR (9/1/2009) *(Page: 7)*

Ver: 15.09

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 09-70355 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | DEDICATED LOGISTICS SOLUTIONS INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1512  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0547 | | | |
| For Period Ending: | 06/01/10 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/08/09 | 2 | CRESTONE GROUP, LLC<br>5920 PASTEUR CT.<br>CARLSBAD, CA  92008 | ACCOUNTS RECEIVABLE | 1129-000 | 32,142.70 | | 32,142.70 |
| 10/30/09 | 3 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.49 | | 32,143.19 |
| 11/30/09 | 3 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.80 | | 32,143.99 |
| 12/31/09 | 3 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.82 | | 32,144.81 |
| 01/29/10 | 3 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.82 | | 32,145.63 |
| 02/26/10 | 3 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.74 | | 32,146.37 |
| 03/31/10 | 3 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.82 | | 32,147.19 |
| 04/08/10 | 3 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.18 | | 32,147.37 |
| 04/08/10 | | Transfer to Acct #*******1664 | Final Posting Transfer | 9999-000 | | 32,147.37 | 0.00 |
| | | | COLUMN TOTALS | | 32,147.37 | 32,147.37 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 32,147.37 | |
| | | | Subtotal | | 32,147.37 | 0.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 32,147.37 | 0.00 | |

Page Subtotals        32,147.37        32,147.37

Ver: 15.09

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 09-70355 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | DEDICATED LOGISTICS SOLUTIONS INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1664  GENERAL CHECKING |
| Taxpayer ID No: | *******0547 | | | |
| For Period Ending: | 06/01/10 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/08/10 | | Transfer from Acct #*******1512 | Transfer In From MMA Account | 9999-000 | 32,147.37 | | 32,147.37 |
| 04/09/10 | 000100 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903<br>ROCKFORD, IL  61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 3,964.64 | 28,182.73 |
| 04/09/10 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 3,667.00 | 24,515.73 |
| 04/09/10 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 84.82 | 24,430.91 |
| 04/09/10 | 000103 | Net Trans<br>c/o Franks, Gerkin & McKenna<br>Post Office Box 5<br>Marengo, IL 60152 | Claim 000001, Payment 58.0% | 7100-000 | | 1,641.49 | 22,789.42 |
| 04/09/10 | 000104 | West Wind Express, Inc.<br>5125 W. Lake Street<br>Chicago, IL 60644 | Claim 000002, Payment 58.0% | 7100-000 | | 22,789.42 | 0.00 |

|  |  | COLUMN TOTALS | 32,147.37 | 32,147.37 | 0.00 |
|---|---|---|---|---|---|
|  |  | Less:  Bank Transfers/CD's | 32,147.37 | 0.00 | |
|  |  | Subtotal | 0.00 | 32,147.37 | |
|  |  | Less:  Payments to Debtors | | 0.00 | |
|  |  | Net | 0.00 | 32,147.37 | |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| | Money Market Account (Interest Earn - *******1512 | 32,147.37 | 0.00 | 0.00 |
| | GENERAL CHECKING - *******1664 | 0.00 | 32,147.37 | 0.00 |
| | | 32,147.37 | 32,147.37 | 0.00 |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    32,147.37    32,147.37

Ver: 15.09

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-70355 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | DEDICATED LOGISTICS SOLUTIONS INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1664  GENERAL CHECKING |
| Taxpayer ID No: | *******0547 | | | |
| For Period Ending: | 06/01/10 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market Account (Interest Earn - ********1512
GENERAL CHECKING - ********1664

Page Subtotals        0.00            0.00

Ver: 15.09

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 10)*